```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008
```

35-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   08 CV 2424 (GBD)
PAKRI TANKERS OU,

                Plaintiff,

- against –   **ORDER DIRECTING RELEASE OF FUNDS**

AYRES SHIPPING INC., LASKARIDIS SHIPPING
CO. LTD., LAVINIA CORP. and RIGA
TRANSPORT FLEET
                Defendants.
-----------------------------------------------------------x

    It having been reported to the Court that Defendant Ayres Shipping Inc. has provided a bond securing the full amount of the claims stated by Plaintiff Pakri Tankers Ou in its Verified Complaint;

    IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court, being sent to/from Defendant be released in accordance with the original wire transfer instructions.

**SO ORDERED:**

March 27, 2008

_____
Hon. George B. Daniels
U.S.D.J.
**HON GEORGE B. DANIELS**

Returned to chambers for scanning on 4/01/08
Scanned by chambers on _____

NYDOCS1 301421.1