MAHONEY & KEANE, LLP
111 Broadway, 10th Floor
New York, New York 10006
(212) 385-1422

Attorneys for Plaintiff
PAKRI TANKERS OU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAKRI TANKERS OU,

                              Plaintiff,                          08 CV 2424 (GBD)

   -against-                                                 VOLUNTARY
                                                             NOTICE OF
                                                             DISMISSAL

AYRES SHIPPING INC.,
LASKARIDIS SHIPPING CO. LTD.,
LAVINIA CORP. and RIGA
TRANSPORT FLEET,

                            Defendants.
------------------------------------------------------------------------X

       Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(i)

Plaintiff PAKRI TANKERS OU by its attorneys MAHONEY & KEANE, LLP,

defendants having not answered the complaint or filed a summary judgment motion,

voluntarily dismisses this action without prejudice and without costs to any party.

Dated:  New York, New York
          April 3, 2008

                                     MAHONEY & KEANE, LLP
                                     Attorneys for Plaintiff
                                     PAKRI TANKERS OU

                     By:   /s/ Christopher H. Mansuy

                          Christopher H. Mansuy
                          111 Broadway, 10th Floor
                          New York, New York 10006
                          (212) 385-1422