35-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
AYRES SHIPPING INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PAKRI TANKERS OU,

                            Plaintiffs,

    -against-

AYRES SHIPPING INC.,

                            Defendant.
-----------------------------------------------------x

08 CV 2424 (GBD)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendant AYRES SHIPPING INC. ("AYRES"), by its attorneys Freehill Hogan & Mahar, LLP, upon the Affirmation of Michael E. Unger dated April 10, 2008, the Memorandum of Law submitted herewith, and the pleadings and proceedings heretofore had herein, will move this Court, pursuant to Rule E, at a hearing at the Courthouse located at 500 Pearl Street, New York, New York, before the Honorable George B. Daniels at 10:00 a.m. on April 25, 2008, or as soon thereafter as counsel may be heard, for counter-security on Defendant's claims or in the alternative, for vacture of Plaintiff's attachment and dismissal of this case.

Dated:  New York, New York
         April 10, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Defendant
                                  AYRES SHIPPING INC.

                By:  _____
                      Michael E. Unger (MU 0045)
                      Lawrence J. Kahn (LK 5215)
                      80 Pine Street
                      New York, NY 10005
                      (212) 425-1900
                      (212) 425-1901 fax

TO:

MAHONEY & KEANE, LLP
Attorney for Plaintiff
PAKRI TANKERS OU
111 Broadway, 10th Floor
New York, NY 10006
Attn: Christopher H. Mansuy, Esq.
(212) 385-1422