GEORGE B. FREE...
WILLIAM L JUSKA, JR
JAMES I. ROSS...
ERIC E. LENCK
JOHN J. WALSH II
PATRICK J. BONNER
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN
DON P MURNANE ...
THOMAS M RUSSO
THOMAS M. CANEVARI
MICHAEL FERNANDEZ
JOHN F KARPOUSIS...
MICHAEL E. UNGER
WILLIAM J PALLAS
GINA M VENEZIA
LAWRENCE J KAHN
BARBARA C. CARNEVALE
MANUEL A MOLINA
STEN T NASTRO
PAMELA L SCHULTZ...
DAN E FITZGERALD
MICHAEL C. ELLIOTT
JAN P GISHOLT

**LAW OFFICES OF**

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY N J 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 25 2008
```

April 24, 2008

Our Ref: 35-08/MEU

*ALSO ADMITTED IN NEW JERSEY
ALSO ADMITTED IN CONNECTICUT
ALSO ADMITTED IN WASHINGTON D.C.
ALSO ADMITTED IN LOUISIANA*

**VIA TELEFAX: 212-805-6737**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**

*[signature] George B. Daniels*

**HON. GEORGE B. DANIELS**

APR 2 5 2008

Re:     Pakri Tankers Ou v. Ayres Shipping
        08 CV 2424 (GBD)

Dear Judge Daniels:

We represent Defendant Ayres Shipping in the captioned matter. Currently pending before the Court is Ayres Shipping's motion for counter-security from Plaintiff Pakri Tankers. The motion, which was filed on April 10, 2008 is currently returnable April 25, 2008.

Only on April 21, 2008 did we receive Plaintiff Pakri Tanker's papers in opposition. The principals of Ayres Shipping are located in Greece. Today is Orthodox Holy Thursday and tomorrow is Orthodox Good Friday. Accordingly, our client is unavailable to provide comment in respect to the allegations made in the oppositions submitted by Pakri.

Accordingly, we respectfully request to adjourn the motion until May 1, 2008, on which date the Court has previously scheduled a further conference at 9:30 AM. Ayres Shipping expects that it will provide its reply papers by April 29, 2008.

NYDOCS1/303465.1

Hon. George B. Daniels                    2
April 24, 2008


We thank the Court for its courtesy and consideration in respect to this matter.

                              Respectfully,
                              FREEHILL, HOGAN & MAHAR LLP


                              Michael E. Unger

MEU/mc


cc:     <u>Via Facsimile (212) 385-1605</u>
        Mahoney & Keane LLP
        Attn: Christopher H. Mansuy, Esq.

NYDOCS1/303462.1

          FREEHILL HOGAN & MAHAR LLP