UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAKRI TANKERS OU,

                Plaintiff,

      -against-

AYRES SHIPPING, INC. et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 2424 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

     Pakri Tankers Ou is ordered to provide, within ten (10) business days, counter-security to Ayres Shipping, Inc. in the amount of $803,000.00  The counter-security is to be in the same form and under the same conditions as the guarantee of security already provided by Ayres Shipping, Inc. to Pakri Tankers Ou.

Dated: May 1, 2008
       New York, New York

                                          SO ORDERED:

                                          */s/ George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 0 2 2008