35-08/MEU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAKRI TANKERS OU,

                   Plaintiff,

  - against –

AYRES SHIPPING INC., LASKARIDIS SHIPPING
CO. LTD., LAVINIA CORP. and RIGA
TRANSPORT FLEET
                Defendants.
-------------------------------------------------------x

08 CV 2424 (GBD)

**ORDER DECLARING BOND
NULL AND VOID**

    **WHEREAS** this Court, by Order dated May 1, 2008, directed Plaintiff PAKRI TANKERS OU to provide counter-security, within ten (10) business days, to Defendant AYRES SHIPPING INC. in the amount of $803,000.00 in the same form of bond as provided by AYRES SHIPPING to PAKRI TANKERS as security for Plaintiff PAKRI's claims; and

    **WHEREAS** Plaintiff PAKRI TANKERS has failed to post counter-security as directed;

    **IT IS HEREBY ORDERED** that the bond provided by Defendant AYRES SHIPPING to Plaintiff PAKRI TANKERS by Ace European Group Limited dated March 26, 2008 is declared null and void; and

NYDOCS1/305402.1

**IT IS FURTHER HEREBY ORDERED** that this action is dismissed with prejudice and with costs to be assessed against Plaintiff PAKRI TANKERS.

Dated: New York, New York
July 11, 2008

SO ORDERED: JUL 1 1 2008

*George B. Daniels*
Hon. George B. Daniels
U.S.D.J.

**HON. GEORGE B. DANIELS**